UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL LOUIS SGRO,

    Plaintiff,

-vs-                                    Case No. 6:08-cv-1405-Orl-18GJK

SOCIAL SECURITY ADMINISTRATION,
    Defendant.

---

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

    This cause came on for consideration on the Court's own motion. Michael Louis Sgro ("Plaintiff") filed a pro se complaint ("Complaint") seeking review of the Commissioner of Social Security's decision to deny his application for supplemental security income benefits. Doc. No. 1. In his Complaint, Plaintiff alleges that the Social Security Administration was wrongfully withholding his 2006 underpayment. *Id.* Plaintiff also sought leave to proceed *in forma pauperis*. Doc. No. 2. The Plaintiff's motion was granted and he was directed to complete summonses and Marshal 285 forms and return them to the Court within fifteen days. Doc. No. 3. On March 24, 2009, Plaintiff having failed to comply with the Court's order to complete and return the summonses and forms, the undersigned entered order ("Order") directing Plaintiff to show cause why his case should not be dismissed for his failure to comply with the Court's directives. Doc. No. 4. On April 3, 2009, Plaintiff filed a response ("Response") to the Court's Order, wherein he stated the following:

> Due to the sensitivity of my legal issues I decided not to return the signed documents to the US clerk of courts-Orlando Division. On or about the 2nd of Sept. 2008 the Social Security Administration deposited my 2006